DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILL TWIGG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2682

[December 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 2014MH000939MB IY.

David F. Pleasanton of David F. Pleasanton, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Shane Weaver, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***